Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

# UNITED STATES DISTRICT COURT
for the

__middle__ District of __Florida__

2023 JUN -7 PM 12: 22

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

_____ Division

James T. Murzike #L07713
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Sgt. Green, R.
ETC.
ETC.

-v-

Case No. 3:23-CV-674-TJC-PDB
(to be filled in by the Clerk's Office)



_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name: James T. Murzike
        All other names by which you have been known: N/A
        ID Number: L07713
        Current Institution: Union C.I.
        Address: P.O. Box 1000
        Raiford, Fla. 32083
        City / State / Zip Code

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

        Defendant No. 1
        Name: Green, R.
        Job or Title *(if known)*: Sgt
        Shield Number: N/A
        Employer: Union Correctional Institution
        Address: P.O. Box 1000
        Raiford, Fla. 32083
        City / State / Zip Code
        [X] Individual capacity [ ] Official capacity

        Defendant No. 2
        Name: Hodges, D.
        Job or Title *(if known)*: Correctional Officer
        Shield Number: N/A
        Employer: Union C.I.
        Address: P.O. Box 1000
        Raiford, Fla. 32082
        City / State / Zip Code
        [X] Individual capacity [ ] Official capacity

Defendant No. 3
Name: Hasting,
Job or Title (if known): Correctional Officer
Shield Number: N/A
Employer: Union C.I.
Address: P.O. Box 1000
Raiford, FLA. 32083
City / State / Zip Code

☒ Individual capacity  ☐ Official capacity

Defendant No. 4
Name: Ms. Holly,
Job or Title (if known): Nurse
Shield Number: N/A
Employer: Union C.I.
Address: P.O. Box 1000
Raiford, FLA. 32083
City / State / Zip Code

☒ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 8th, 14th,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1st 8th

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See → Continuation Claims on Next Page (4-(A)-(C))

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Inside Institution

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

3-21-23 Approx. 2:30 p.m. - 3:50 Am. Coming From movement center Road Black Top Gate Area & Grass

STATEMENT OF CLAIMS; cont.

(1) Defendant Sgt Green, R. action in using excessive physical force upon plaintiff Murzike, without any justification was done with a maliciously and sadistically intent to cause great bodily harm while plaintiff was defenseless in black box waist chain and shackles to injury plaintiff Murzike, in violation of plaintiff Murzike, 8th U.S. Constitution, ix

(2) Defendants Sgt Green, R., CO. Hodges, D. in using unjustify excessive physical force by punching and kicking plaintiff Murzike, while plaintiff Murzike, was defenseless in black box waist chain & shackles constitute the tort of assault and battery in violation of 944.35 F.S. and 775.083.1. F.S. as they act in bad faith gross negligence in violation 768.28 F.S.

(3) Defendants CO. Hodges, D. and CO. Hasting, action in using unjustify excessive physical force upon and against plaintiff Murzike, by failing to intervene such misconduct constitute the tort of assault and battery in violation of 944.35 F.S. and 775.083.1. F.S. as they act in bad faith gross negligence in violation of 768.28 F.S.

(4) Defendant Sgt Green, R. CO. Hasting, CO. Hodges, D. action in conspiring to cover up the constitution violation by not reporting the assault violated plaintiff Murzike, 5th, 1st and 8th U.S. Constitution and F.A.C 33-208.002 (12)(19) policy.

4-(A)

STATEMENT OF CLAIMS CONT.

(5) Defendant Ms. Holly, action in failing to report plaintiff Murzike, complain of severe headaches, blackouts and dizzyness and constantly bleeding due to the severe injuries plaintiff sustained constitute "deliberately medical indifference" in violation of plaintiff 8th U.S. Constitution

(6) Defendant Ms. Holly, action in failing to send plaintiff outside to get proper CAT scans x-rays & eye examine on plaintiff Murzike, extremely swollen head, & face etc. constitute "deliberately medical indifference" in violation of plaintiff 8th U.S. Constitution.

(7) Defendant Harting, & Co. Hodges, D. action in conspiring with Sgt Green, R. physically attack due to retaliation in total violation of plaintiff Murzike, 1st & 8th & 14th amendment right U.S. Constitution & 42 USC 1953 (3)

4-(B)

STATEMENT OF CLAIMS CONTI

( ) ALL DEFENDANTS ACTIONS AND IN ACTIONS VIOLATED PLAINTIFF (EQUAL PROTECTION OF LAW) IN VIOLATION OF PLAINTIFF 14TH U.S. CONSTITUTION AND WAS OUTSIDE THE SCOPE OF THEIR EACH EMPLOYMENT UNDER COLOR OF STATE LAW AS ALL DEFENDANTS ACT UNDER COLOR OF STATE LAW AND ARE STILL EMPLOYED UNDER COLOR OF STATE LAW AS THIS COMPLAINT ARE BEEN FILED.

( ) ALL DEFENDANTS ACTION AND IN ACTIONS CONSTITUTES THE TORT OF ASSAULT & BATTERY IN VIOLATION OF 18 U.S.C. 242 (2) IN VIOLATION OF PLAINTIFF 8TH U.S. CONSTITUTION AS ALL DEFENDANTS ACT DELIBERATELY INDIFFERENCE TO SECURED ALL PLAINTIFF RIGHTS UNDER THE 5TH & 14TH U.S. CONSTITUTION TO EQUAL PROTECTION OF LAW

4 -(C)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

MARCH 21st 2023 APPROX 2:30 P.m — 3:50 P.m.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Upon being escorted by CO. Hodges & CO. Hastings, Sgt. Green, R. Approach plaintiff Murzike, & order me to get down on my knee's for he knock me down. Sgt Green, R. Then slap plaintiff in face while in full restraints black box waist chain & shackle then repeatedly punch plaintiff in face several times knocking plaintiff to ground then stumping plaintiff, punching plaintiff etc. while CO. Hodges punch & kick plaintiff etc. & CO. Hastings, on top plaintiff Murzike, jugging finger into eye's while they punching & kicking plaintiff while down on ground I was defenseless nearly beaten me unconsilous I then remain in cell untreated medical nurse Holly, refused to refer me to doctors etc.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Swollen face, redness in eye's, black eye, bust nose, lips, lumps & bruise on forehead, possible fraction temple, injuries to shoulder, wrist, knee, deep cuts on ankles strip-gold teeth

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

see → Relief sought cont. pg's (5 -(A) -(d) and (F) Attached application to proceed in forma pauperis with six (6) month inmate trust fund account bank statement

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Union Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance? Warden & Central office

2. What did you claim in your grievance? Excessive force, physically assault, failed Denied medical care, etc.

3. What was the result, if any? Approved

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
Informal grievance, Formal grievance etc.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: Yes, I filed but staffs are continuously retaliating

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I filed grievance & informed everybody Col. warden Att: Etc. & they failing to cure this ongoing abuse & retaliation

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Grievances Log #213-2303-0389, #2303-213-260, #23-6-12834 #213-2305-0302, #23-6-10556

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

 Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. Don't have copy of court orders due to retaliation staff took my property destroyed documents etc. Continuously Retaliation

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        ☐ Yes

        ☒ No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

        1.    Parties to the previous lawsuit

            Plaintiff(s)    James T. Mowazike

            Defendant(s)    Rulevitch etc.

        2.    Court *(if federal court, name the district; if state court, name the county and State)*

            Jacksonville middle District

        3.    Docket or index number

            3:22-cv-0139-HLA-PDB

        4.    Name of Judge assigned to your case

            Henry Lee Adams

        5.    Approximate date of filing lawsuit

            12-13-22

        6.    Is the case still pending?

            ☐ Yes

            ☒ No

            If no, give the approximate date of disposition.    November or December 2022

        7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Dismissed without prejudice due to missing 1983 complaint. Had to refile complaint with appoint of counsel motion.

    C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    Yes, but motions never made it to courts. Staffs censored my mail.

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _James T. Muazike_
   Defendant(s) _Spears, Esq_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _Northern District_

3. Docket or index number

   _3:22cv-1467-TKW-HTC_

4. Name of Judge assigned to your case

   _Don't remember name due to court order destroyed_

5. Approximate date of filing lawsuit

   _Maybe August for 2022_

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition   _March of 2023_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _Dismissed due to 1983 queries & trustfund account missing somebody sent document in._

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: N/A

Signature of Plaintiff: James T. Muzike
Printed Name of Plaintiff: James T. Muzike
Prison Identification #: L07713
Prison Address: Union Correctional Institution P.O. Box 1000
Raiford, FLA. 32083
City / State / Zip Code

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
City / State / Zip Code
Telephone Number: N/A
E-mail Address: N/A

(RELIEF SOUGHT) cont.

(1) Defendant Sgt. Green, R. are sued $250,000 for plaintiff Muzike, physical and emotional injuries plaintiff Muzike, sustain from the "vicious brutal beaten" while totally defenseless violated plaintiff 1st and 8th U.S. Constitution are been sued in his individually capacity under color of state law.

(2) Defendant Sgt. Green, R. Co. Hodges, D. Co. Husting, are sued $100,000 for conspiring to cover up the constitutional violation by knowingly falsifying document which violated plaintiff Muzike 1st, 5th, 8th U.S. Constitution and F.A.C. 33-208.002 (violating) plaintiff in their individually capacity under color of state law are sued.

(3) Defendant Co. Hodges, D. are sued $250,000 for plaintiff Muzike, physical and emotional injuries plaintiff Muzike sustain from the "Vicious Brutal Beaten" while totally defenseless violated plaintiff 1st, 8th U.S. Constitution are been sued in his individually capacity under color of state law.

(4) Defendant Ms. Holly, are sued $150,000 for plaintiff Muzike, physical & emotional injuries plaintiff Muzike, sustain from the "Vicious Brutal Beaten" while totally defenseless by failing to report plaintiff complaint constitute "deliberately medical indifference" in violation of plaintiff 8th U.S. Constitution are sued in her individually capacity under color of state law.

5.(A)-

(RELIEF SOUGHT) CONT.

(5) DEFENDANT C.O. HASTING, & C.O. HODGES, P. ARE BEING SUED $150,000 FOR CONSPIRING AND RETALIATING AGAINST PLAINTIFF MUAZIKE, ACTING WITH DELIBERATE INDIFFERENCE VIOLATION PLAINTIFF MUAZIKE, 1ST AND 14TH U.S. CONSTITUTION ARE IN THEIR INDIVIDUALLY CAPACITY UNDER COLOR OF STATE LAW.

5. (B)

LEGAL PAPER

(RELIEF SOUGHT)

(6) PLAINTIFF DEMAND TRIAL BY JURY.

(7) ALL DEFENDANTS ARE SUED $250,000 JOINTLY.

(8) PLAINTIFF REQUESTING THAT ALL DEFENDANTS PAY ALL COURT COSTS AND FEES AND COVER ALL MEDICAL COSTS IN THIS ACTION AND COVER ALL ATTORNEY FEES.

(9) PLAINTIFF REQUESTING FEDERAL AND STATE INDICTMENTS.

(10) PLAINTIFF REQUESTING APPOINTMENT OF COUNSEL. See → EXHIBIT "D"

PLAINTIFF REQUESTING A $100,000 PUNITIVE DAMAGES TO BE ASSESSED AGAINST EACH DEFENDANTLY SEPARATELY & JOINTLY IN THIS ACTION.

(12) PLAINTIFF REQUESTING THAT THE COURT ISSUE A ORDER TO MR. T. LAMB TO ENFORCE THE ORDER OF THE COURT THAT SGT. GREEN, R. C.O. D. HODGES, SHALL NOT BE ALLOWED AROUND ME WITHIN 150 FEET WHILE ON (C.M.) AND THAT PLAINTIFF MURZIKE, BE TRANSFERED FROM UNION C.I. FOR MY PROTECTION LIFE & SAFETY & WELL BEING.

5. (c")

## NOTARY

STATE OF FLORIDA )
)
COUNTY OF <u>UNION</u> )

    Before me, the undersigned authority, this day personally appeared <u>JAMES T. MURZIKE</u>, who first being duly sworn, says that he is the Defendant/Appellant/Petitioner in the above styled cause, that he has read the foregoing document, and has personal knowledge of the facts and matters therein set forth and alleged and that each and all of these facts and matters are true and correct.

                                                _James Murzike_
                                             (your signature)

    The foregoing instrument was acknowledged before me this <u>2nd</u> day of <u>JUNE</u>, 20<u>23</u>, by _____ who is personally known to me or has produced a Department of Correction I.D. as identification and who did take an oath.

MY COMMISSION EXPIRES _____    NOTARY PUBLIC _____

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished to the following: <u>UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLA. 300 NORTH HOGAN STREET SUITE 9-150, JACKSONVILLE FLORIDA 32202. & GENERAL COUNSEL</u> _____ via U.S. Mail on this ____ day of <u>JUNE</u>, 20<u>23</u>.

                                                _James T. Murzike_

[FOR MAILING stamp]